```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BLUEFIELD
```

**UNITED STATES OF AMERICA**

v.	CRIMINAL NO. 1:14-00175-003

**JOANNA PADGETT**

### MEMORANDUM OPINION AND ORDER

Pending before the court is a pro se letter-form motion from defendant requesting a change in her sentence, which the court has construed as a motion under 18 U.S.C. § 3582. (Doc. No. 82). Section 3582 provides that, subject only to limited exceptions, the court may not modify a term of imprisonment after its imposition. 18 U.S.C. § 3582(c). Because none of these exceptions is applicable to defendant's case, the court must **DENY** her motion.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, the Probation Office of this court, and to defendant.

It is **SO ORDERED** this 17th day of June, 2015.

ENTER:

*David A. Faber*

David A. Faber
Senior United States District Judge